IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TAKITIA YELDELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WELLS FARGO AUTO FINANCE, )<br>INC., NATIONAL LOCATING & )<br>RECOVERY, INC., and ROBERT )<br>GETTINGS, )<br>)<br>Defendants. ) | Civil Action Number<br>2:09-cv-01584-JEO |

## JURY VERDICT FORM

### I.

### CONVERSION CLAIM

You are hereby directed to answer the following questions by either "yes" or "no" after you have fully considered all the evidence relating to your answers and the applicable law as explained to you by the Court:

1. Do you find that substantial evidence was presented to show

   That a breach of the peace occurred during the repossession of the plaintiff's vehicle?

   Answer: "Yes" __X__ or "No" _____ (Check one)

If the answer is "No," continue to Claim II (FDCPA).

2. If your answer to Question 1 was "Yes," are you reasonably satisfied from the evidence that there was a conversion of the plaintiff's property by the defendants?

   Yes __X__ No _____.

If you answered the last question "Yes," go to the next question. If you answered "No" go to Claim II.

3. If your answer to Question 2 was "Yes," what sum of money do you find to be the total amount of money which would fairly compensate the plaintiff for the damages she alleges? Fill in the blank with the amount.

   $ __500__.

After placing an amount in the blank, proceed to the next question.

4. Do you find that defendant Gettig's conduct was willful or the result of the trespass under circumstances of insult or malice?

   Yes __X__   No _____ .

If you answered the last question "Yes," go to the next question. If you answered "No" go to Claim II.

5. If your answer to Question 4 was "Yes," what sum of money do you find to be the amount of punitive damages that should be awarded against Gettig? Fill in the blank with the amount.

   $ __1,000__

If you placed an amount of punitive damages in the last blank space, answer the next question.

6. Do you find that the plaintiff should recover punitive damages from defendant National Locating and Recovery, Inc., or defendant Wells Fargo?

   Defendant NLR, Inc.      Yes __X__      No _____
   Defendant Wells Fargo    Yes __X__      No _____

If you answered the last question "Yes," go to the next question. If you answered "No" go to Claim II.

7. What sum of money do you find would be appropriate as punitive damages against the corporate defendants? Fill in the blank with the amount.

   Defendant NLR, Inc. in the amount of        $ __10,000__
   Defendant Wells Fargo in the amount of      $ __10,000__

## II.

### FAIR DEBT COLLECTIONS PRACTICES ACT CLAIM (FDCPA)

1. After full and fair consideration of all the evidence (choose one)

   We, the Jury, find for the plaintiff and against defendants Gettig and National Locating and Recovery, Inc., on the FDCPA claim.

   __X__ (Mark with a check).

   or

   We, the Jury find for defendants Gettig and National Locating and Recovery and against the plaintiff on the FDCPA claim.

   _____ (Mark with a check).

If you answered question 1 in favor of the plaintiff go to question 2. If you answered question 1 for the defendants, have your foreperson sign the verdict form and return it to the Court.

2. We, the Jury, find for the plaintiff on her claim brought under the FDCPA and award the following damages:

Statutory damages: $1,000   (not to exceed $1,000.00)
Actual damages: $500

Signed: _____
Foreperson

Date: 9-20-11